

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-19-00182-CV |
| | § | |
| IN THE INTEREST OF S.J.H., | § | Appeal from the |
| | § | 65th District Court |
| A Child. | § | of El Paso County, Texas |
| | § | (TC# 2017DCM7953) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was reversible error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF DECEMBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Rodriguez, J., Palafox, J., and McClure, Senior Judge
McClure, Senior Judge (Sitting by Assignment)